UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL MOSHE PERRY,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>NP PARC CHATEAUX, LLC, and Incorporated; et al.,<br><br>    Defendants - Appellees. | No. 23-55211<br><br>D.C. No. 2:22-cv-05378-FLA-MAA<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered March 28, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT